KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ZACHARY D. BIRD (CSBN 222656)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 05-00538 NJV |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| KEVIN J. WIEME, | ) | |
| | ) | |
| Defendant. | ) | |

On August 22, 2005, the parties in this case appeared before the Court for an initial appearance, arraignment, and identification of counsel. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from August 22, 2005 to September 19, 2005 for continuity of counsel and for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the

Stipulation and [Proposed] Order

public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                                        KEVIN V. RYAN
                                                        United States Attorney

DATED: 8/26/2005                              /S/
                                                        ZACHARY D. BIRD
                                                        Special Assistant United States Attorney

DATED: 8/26/2005                              /S/
                                                        NEAL SANDERS
                                                        Attorney for Mr. Wieme

As the Court found on August 22, 2005, and for the reasons stated above, the Court finds that an exclusion of time between August 22, 2005 and September 19, 2005 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny Mr. Wieme continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 9/6/05                                                         NANDOR J. VADAS
                                                        United States Magistrate Judge

Stipulation and [Proposed] Order