1  KEVIN RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  ZACHARY D. BIRD (CSBN 222656)
   Special Assistant United States Attorney
5

6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California  94102
7

8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

14
   UNITED STATES OF AMERICA,      )    CR No.: 05-00538 NJV
15                                )
                                  )
16            Plaintiff,          )    STIPULATION AND [~~PROPOSED~~]
                                  )    ORDER CONTINUING SENTENCING
17       v.                       )    DATE
                                  )
18 KEVIN J. WIEME,                )
                                  )
19                                )
              Defendant.          )
20 _____)

21
        The undersigned parties jointly request that the sentencing hearing in above-captioned matter
22
   be continued from Monday, February 27, 2006 to Monday, April 17, 2005.  The reason for the
23
   continuance is that the probation officer needs additional time to meet with the defendant and
24
   complete a presentence report.
25

26
   SO STIPULATED:
27
                                       KEVIN V. RYAN
28                                     United States Attorney


   Stipulation and [Proposed] Order

| | | |
|---|---|---|
| Dated: 2.22.06 | | /S/ |
| | | Zachary D. Bird |
| | | Special Assistant United States Attorney |
| Dated: 2.22.06 | | /S/ |
| | | NEAL SANDERS |
| | | Attorney for Defendant |

For good cause shown, the Court HEREBY ORDERS that the sentencing hearing is continued to Monday, April 17, 2006 at 1:00 p.m.

SO ORDERED.

DATED: 3/1/06

NANDOR J. VADAS
United States Magistrate Judge

Stipulation and [Proposed] Order